THE HONORABLE RONALD B. LEIGHTON

07-CV-05619-ORD

FILED ____ LODGED
____ RECEIVED

APR 15 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL BOLDS,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Respondent.

No. C07-5619RBL

MOTION AND AGREED ORDER EXTENDING DEADLINE TO WITHDRAW OR FILE AN AMENDED § 2255 MOTION

## MOTION

COMES NOW the petitioner, Michael Bolds, by and through his attorney, Zenon P. Olbertz, for an order extending the deadline to withdraw his § 2255 motion or to file an amended § 2255 motion. Counsel was appointed to represent the petitioner in his § 2255 motion on March 25, 2008. Counsel is presently in the process of obtaining the complete file from prior counsel, and requires additional time, beyond the 45 days granted, to determine whether the petitioner should withdraw or amend his present motion. The government has no objection to an extension of not more than 30 days.

RESPECTFULLY SUBMITTED this 11th day of April, 2008.

LAW OFFICE OF
ZENON PETER OLBERTZ
Attorney for Defendant

By: /s/
Zenon P. Olbertz
WSB #6080

MOTION AND AGREED ORDER EXTENDING DEADLINE
TO WITHDRAW OR FILE AND AMENDED 2255 MOTION - 1

Law Office of Zenon Peter Olbertz
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-9967/Fax: (253) 572-1441

## AGREED ORDER

THIS MATTER having come on before the above-entitled Court upon the motion of the petitioner, Michael Bolds, for an order allowing an extension of the deadline to withdraw his § 2255 motion or to file an amended § 2255 motion, and the Court being in all things fully advised; NOW THEREFORE, It Is Hereby

ORDERED that the deadline for petitioner's withdrawal or amendment of his motion pursuant to 28 U.S.C. § 2255 is hereby extended to: June 9, 2008.

DATED this 15th day of April, 2008.

_____
THE HONORABLE RONALD B. LEIGHTON

Submitted by:

/s/
_____
Zenon P. Olbertz, WSB #6080
Attorney for Michael Bolds

Approved Telephonically: 4/11/08

_____
William H. Redkey, Jr.
Assistant U.S. Attorney

MOTION AND AGREED ORDER EXTENDING DEADLINE
TO WITHDRAW OR FILE AND AMENDED 2255 MOTION - 2

Law Office of Zenon Peter Olbertz
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-9967/Fax: (253) 572-1441