THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL BOLDS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> ) | No. C07-5619RBL <br><br> ORDER RECHARACTERIZING PETITIONER'S RULE 60 MOTION AS A MOTION PURSUANT TO 28 U.S.C. § 2255, AND SETTING A BRIEFING SCHEDULE |

THIS MATTER having come on before the above-entitled Court upon the motion of the petitioner, Michael Bolds, for an Order Recharacterizing Petitioner's Rule 60 Motion as a Motion Pursuant to 28 U.S.C. § 2255, and Setting a Briefing Schedule, and the Court being in all things fully advised; NOW THEREFORE, It Is Hereby

ORDERED that the Petitioner's Rule 60 Motion, shall be recharacterized as a motion pursuant to 28 U.S.C. § 2255.  It is Further

\*\*\*

\*\*\*

\*\*\*

\*\*\*

\*\*\*

ORDER
Page - 1

ORDERED that a briefing schedule shall be set in this matter as follows:

Petitioner's Opening Brief:	July 18, 2008

Respondent's Response Brief:	August 15, 2008

Petitioner's Reply Brief:	August 29, 2008

The motion will be noted on the Court's motions calendar for August 29, 2008.

DATED this 9th day of June, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/_____
Zenon P. Olbertz, WSB #6080
Attorney for Michael Bolds


_____
William H. Redkey, Jr.
Assistant U.S. Attorney

ORDER
Page - 2